UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:16-cr-00002-JMS-TAB |
| ) | |
| KEITH SPAIN (04), ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation dkt. [1020] recommending that Keith Spain's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Dinsmore's Report and Recommendation dkt. [1020]. The Court finds that Mr. Spain committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [1011]. The Court dismisses Violation Numbers 2, 3, 4, & 5 at dkt [1011]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Spain is sentenced to the custody of the Attorney General or his designee for a period of five (5) months and no supervised release to follow. The Court recommends placement at FCI McKean, Pennsylvania.

Date: 4/10/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system